IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| AMERICAN MENSA, LTD. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>INPHARMATICA, LTD. and )<br>BIOFOCUS DPI, LTD. )<br>)<br>Defendants. )<br>_____ ) | Case No. 1:07-cv-03283 (WDQ) |

## PLAINTIFF'S PROPOSED CORRECTIVE INSTRUCTION

Members of the jury, yesterday during testimony of Dr. Jennifer Vanderhart, you may have heard Defendants' counsel reference some alleged ruling in this case made during the course of this litigation. The Court has not in any way indicated its views on the merits of this case. The comments by counsel should not be considered in your decision and should be disregarded.

Dated:   May 1, 2009                        Respectfully submitted,


                                            _____/s/_____
                                            Clifton E. McCann (admitted *pro hac vice*)
                                            William D. Coston (Bar No. 08431)
                                            Mary Ellen Himes (Bar No. 26815)
                                            VENABLE LLP
                                            575 7th Street, N.W.
                                            Washington, D.C. 20004-1601
                                            Tel: (202) 344-4000
                                            Fax: (202) 344-8300
                                            Email: cemccann@venable.com
                                            Email: merhimes@venable.com
                                            Email: wdcoston@venable.com

                                            *Attorneys for Plaintiff American Mensa, Ltd.*

1