— JUROR #7 IS THE DESIGNATED FOREPERSON.

— WE ARE LOOKING FOR THE EVIDENCE DOCUMENTS AND QUESTIONAIRE. WILL THEY BE COMING SOON?

Court Ex. #1

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2009 MAY -5  P 1:56
CLERK'S OFFICE
AT BALTIMORE
_____ DEPUTY

WE HAVE REACHED A DECISION.

1410- FSO [signature] 5/4/09

Court Ex. #2

SIGNATURE REDACTED

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2009 MAY -5  P 1:56
CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY