IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

AMERICAN MENSA, LTD.
:
v.
:
  CIVIL NO.: WDQ-07-3283
:
INPHARMATICA, LTD and BIOFOCUS
DPI, LTD
:

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2009 MAY -5 P 1: 56

CLERK'S OFFICE
AT BALTIMORE

DEPUTY

### JUDGMENT

The above entitled case having come on for trial by jury before the undersigned and the issues having been duly tried, and the jury having rendered its verdict on a verdict form, it is, this 5th day of May 2009, ORDERED and ADJUDGED:

That judgment BE, and it hereby IS, entered in favor of defendants and against plaintiff.

That any and all prior rulings made by the Court disposing of any claims against any parties are incorporated by reference therein, and this order shall be deemed to be a final Judgment within the meaning of Fed. R. Civ. P. 58.

_____
William D. Quarles, Jr.,
U.S. District Judge

c/m